No. A–252 (93–405). DIGITAL EQUIPMENT CORP. *v.* DESKTOP DIRECT, INC. C. A. 10th Cir. Application for stay of the effect of the order of the United States District Court for the District of Utah, case No. 92–C–178G, issued January 5, 1993, presented to JUSTICE THOMAS, and by him referred to the Court, granted pending the disposition by this Court of a petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay terminates automatically. In the event the petition for writ of certiorari is granted, this stay shall continue pending the sending down of the judgment of this Court.

No. A–296. POWELL *v.* UNITED STATES. Application for release on bail pending appeal, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied.

No. D–1259. IN RE DISBARMENT OF BROWN. Disbarment entered. [For earlier order herein, see 508 U. S. 903.]

No. D–1261. IN RE DISBARMENT OF DeLORENZO. Disbarment entered. [For earlier order herein, see 508 U. S. 904.]

No. D–1267. IN RE DISBARMENT OF MANGER. Disbarment entered. [For earlier order herein, see 508 U. S. 936.]

No. D–1268. IN RE DISBARMENT OF DUNFORD. It having been reported to the Court that Sam B. Dunford, of Palm Springs, Cal., has died, the rule to show cause, heretofore issued on May 24, 1993 [508 U. S. 936], is hereby discharged.

No. D–1269. IN RE DISBARMENT OF BECKER. Virgil Victor Becker, of Atascadero, Cal., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on May 24, 1993 [508 U. S. 936], is hereby discharged.

No. D–1273. IN RE DISBARMENT OF GOLDSBOROUGH. Disbarment entered. [For earlier order herein, see 508 U. S. 970.]